**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-7519**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ABBAS SADEGH, a/k/a Abby,

Defendant - Appellant.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CR-95-113-A)

---

Submitted: February 26, 1999          Decided: March 16, 1999

---

Before ERVIN and MICHAEL, Circuit Judges, and HALL, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Abbas Sadegh, Appellant Pro Se. Justin W. Williams, Assistant United States Attorney, Alexandria, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Abbas Sadegh appeals the district court's order denying his motion for appointment of counsel to prepare a successive motion pursuant to 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>United States v. Sadegh</u>, No. CR-95-113-A (E.D. Va. Sept. 18, 1998).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's order is dated September 17, 1998, the district court's records show it was entered on the docket sheet on September 18, 1998, which is the date we take as the effective date of the court's order. See <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986); Fed. R. Civ. P. 58, 79(a).

2